GEOFFREY A. HANSEN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Jose Escalera-Aguilera aka Pablo Perez-Anguiano

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE ESCALERA-AGUILERA aka PABLO PEREZ-ANGUIANO,<br><br>    Defendant. | No.  CR-12-0090 RS<br>      CR-12-0156 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS DATE FROM AUGUST 28, 2012 TO OCTOBER 9, 2012 AND EXCLUDING ADDITIONAL TIME FROM AUGUST 28, 2012 TO OCTOBER 9, 2012 |

**STIPULATION**

The Court previously referred defendant for a competency hearing. With the stipulation of the parties, U.S. Pretrial Services has selected an evaluator who will evaluate defendant by mid-September. The parties thus propose that the matter be continued to October 9, 2012. The parties also agree that the time between August 28, 2012 and October 9, 2012 should be excluded under the Speedy Trial Act in order to allow the competency examination to proceed and for effective preparation of counsel, 18 U.S.C. § 3161(h)(1)(A) and (h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

STIP. & ORDER
CR-12-0090 RS; CR-12-0156 RS                                  - 1 -

1  SO STIPULATED.

2

3  Dated:   8/27/12

4                                                          MELINDA HAAG
                                                           United States Attorney
5

6                                                              /s/
                                                           J. MARK KANG
7                                                          Special Assistant United States Attorney

8  Dated:   8/27/12                                            /s/
9                                                          SHAWN HALBERT
                                                           Attorney for Defendant

STIP. & ORDER
CR-12-0090 RS; CR-12-0156 RS                - 2 -

1 **ORDER**

2   For the reasons stated above, the next status date shall be continued from August 28, 2012 to
3 October 9, 2012 at 2:30 p.m.

4   IT IS FURTHER ORDERED that the time between August 28, 2012 and October 9, 2012
5 should be excluded under the Speedy Trial Act in order to allow the competency examination to
6 proceed and for effective preparation of counsel, 18 U.S.C. § 3161(h)(1)(A) and (h)(7)(A) and
7 (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best
8 interests of the public and the defendant in a speedy trial.

9

10 SO ORDERED.

11

12

13 DATED: 8/27/12                                    _____
                                                    THE HONORABLE RICHARD SEEBORG
14                                                  United States District Judge