1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     MIRANDA KANE (CABN 150630)
3    Chief, Criminal Division

4    CAROLYN SILANE (NYBN 4596235)
     Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6973
7       Facsimile: (415) 436-7234
        E-Mail: carolyn.silane@usdoj.gov
8
     Attorneys for the United States of America
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13
     UNITED STATES OF AMERICA,        )     No. CR 12-0090 RS
14                                     )         CR 12-0156 RS
            Plaintiff,                 )
15                                     )
            v.                         )     **STIPULATION AND [~~PROPOSED~~]**
16                                     )     **ORDER EXCLUDING TIME UNDER 18**
     PABLO PEREZ-ANGUIANO,             )     **U.S.C. § 3161**
17   a/k/a Jose Escalera Aguilera      )
                                       )
18          Defendant.                 )
                                       )
19

20          On April 30, 2013, the parties in this case appeared before the Court.  At that time, the

21   Court set the matter to June 11, 2013.  The parties have agreed to exclude the period of time

22   between April 30, 2013 and June 11, 2013 from any time limits applicable under 18 U.S.C.

23   § 3161.  The parties represented that granting the exclusion would allow the reasonable time

24   necessary for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

25   also agree that the ends of justice served by granting such an exclusion of time outweigh the best

26   interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

27   //

28   //

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0090 RS, CR 12-0156 RS

1    At the hearing, the Court made findings consistent with this agreement.  SO STIPULATED:

2

3
                                    MELINDA HAAG
4                                   United States Attorney

5

6    DATED: May 4, 2013            _____/s/_____
                                    CAROLYN SILANE
7                                   Special Assistant United States Attorney

8

9    DATED: May 4, 2013            _____/s/_____
                                    CANDIS MITCHELL
10                                  Attorney for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0090 RS, CR 12-0156 RS

[~~PROPOSED~~] ORDER

For the reasons stated above and at the April 30, 2013 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from April 30, 2013 and June 11, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).


IT IS SO ORDERED.


DATED:__5/8/13_____                    _____
                                          THE HONORABLE RICHARD SEEBORG
                                          United States District Judge

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 12-0090 RS, CR 12-0156 RS