1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  J. DOUGLAS WILSON (DCBN 150630)
3  Chief, Criminal Division

4  CAROLYN SILANE (NYBN 4596235)
   Special Assistant United States Attorney

5
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
7
   E-Mail: carolyn.silane@usdoj.gov

8  Attorneys for the United States of America

9
10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,     ) CASE NO. CR 12-0090 RS
                                        )              CR 12-0156 RS
14     Plaintiff,                     )
                                        )
15   v.                             ) STIPULATION AND [~~PROPOSED~~] ORDER
                                        ) CONTINUING HEARING DATE
16 PABLO PEREZ-ANGUIANO,            )
   a/k/a Jose Escalera Aguilera,        )
17                                         )
    Defendant.                  )
18 _____)

19
       The parties are set to appear in front of the Court on October 8, 2013, scheduled for a change of
20
plea. The parties request an additional week to finalize a plea agreement, and ask that the hearing be re-
21
set for October 15, 2013 at 2:30 p.m. Both parties expect the defendant to change his plea pursuant to a
22
plea agreement at that time. Because the request is solely on the basis of ongoing plea discussions, no
23
exclusion of time is request for the period from October 8, 2013 through October 15, 2013.
24
 SO STIPULATED:
25
                                               MELINDA HAAG
26                                                United States Attorney

27 DATED: October 7, 2013                   _____/s/_____
                                               CAROLYN SILANE
28                                              Special Assistant United States Attorney

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING
CR 12-0090 RS; CR 12-0156 RS

1  DATED: October 7, 2013                    _____/s/_____
2                                            CANDIS MITCHELL
                                             Attorney for Defendant
3

4

5

6        IT IS SO ORDERED.

7

8  DATED: __10/7/13_____                   _____
                                             THE HONORABLE RICHARD SEEBORG
9                                            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
CR 12-0090 RS; CR 12-0156 RS