1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  CAROLYN SILANE (NYBN 4596235)
   Special Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7200
7     Fax: (415) 436-7234
      E-Mail: carolyn.silane@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13                                         CR 12-0090 RS and
   UNITED STATES OF AMERICA,        )     NO. CR 12-0156 RS
14                                   )
           Plaintiff,                )
15                                   )
        v.                           )     STIPULATION AND [PROPOSED] ORDER
16                                   )     EXCLUDING TIME UNDER 18 U.S.C. § 3161
   PABLO PEREZ-ANGUIANO,             )
17 a/k/a Jose Escalera Aguilera      )
                                     )
18                                   )
                                     )
19         Defendant.                )
                                     )
20

21         The parties in this case appeared before the Court on October 15, 2013.  At that time, defense

22 counsel represented that additional time would be required to consult with her client and reach a possible

23 resolution in the case with the government.  As a result, the Court set the matter to November 5, 2013.

24 *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

25         The parties have agreed to exclude the period of time between October 15, 2013, and November

26 5, 2013, from any time limits applicable under 18 U.S.C. § 3161.  The parties agreed that granting the

27 exclusion would maintain continuity of counsel and allow the reasonable time necessary for effective

28 preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agreed that the ends of
   Stipulation and [Proposed] Order Excluding Time
   CR 12-0156 RS

1    justice served by granting such an exclusion of time outweigh the best interests of the public and the

2    defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings

3    consistent with this agreement.

4         SO STIPULATED:

5                                     MELINDA HAAG
                                 United States Attorney

6

7    DATED: October 15, 2013                       ____         /s/

8                                       CAROLYN SILANE
                                 Special Assistant United States Attorney

9

10   DATED: October 15, 2013                              /s/

11                                      CANDIS MITCHELL
                                 Attorney for Defendant Pablo Perez-Anguiano

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Excluding Time
CR 12-0156 RS

[PROPOSED] ORDER

For the reasons stated above and at the October 15, 2013, hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 15, 2013, to November 5, 2013, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 10/16/13

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

Stipulation and [Proposed] Order Excluding Time
CR 12-0156 RS