STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
candis_mitchell@fd.org

Counsel for Defendant Jose Escalara Aguilera

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ESCALARA AGUILERA,<br><br>Defendant. | Nos.   CR 12-00090 RS<br>         CR 12-00156 RS<br><br>**JOINT STIPULATION AND** ~~**[PROPOSED]**~~ **ORDER CONTINUING SENTENCING DATE**<br><br>Date:   January 21, 2014<br>Time:   2:30 p.m.<br>Proposed Date:   February 18, 2014 |

Defendant Jose Escalara Aguilera is currently set for sentencing on January 21, 2014, for two cases: Illegal Re-Entry to the United States — in violation of 8 U.S.C. § 1326 — and violation of his supervised release.

Defense counsel will be unavailable on that date due to a trial and is requesting a continuance until February 18, 2014. The probation officer has been consulted and has no opposition to the continuance and the proposed sentencing date.

                                         Respectfully submitted,

Dated: January 17, 2014           */s/ Candis Mitchell*
                                         CANDIS MITCHELL
                                         Attorney for Defendant Escalara Aguilera

Stipulation and [Proposed] Order,                  1
CR 12-00090 RS; CR 12-00156 RS

1  IT IS SO STIPULATED.

2  Dated: January 17, 2014                    /s/ Janaki Gandhi
                                              JANAKI GANDHI
3                                             Assistant United States Attorney

6  [~~PROPOSED~~] ORDER

7  For the reasons stated above, the Court continues the sentencing date from January 24,
8  2014, to **February 18, 2014, at 2:30 p.m.**

9  IT IS SO ORDERED.

11  Dated: 1/16/14
                                              _____
                                              **RICHARD SEEBORG**
12                                            United States District Judge